IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13
Michael Arner

: NO. 18-12814-elf

ORDER GRANTING EXTENSION OF TIME

AND NOW, this __10th__ day of __May__, 2018, upon consideration of the Debtor's Application for a Extension of Time to file Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income, it is hereby **ORDERED** that the debtor's Application is Granted. The Debtor shall have until ~~May 30, 2018~~ May 25, 2018 to file his Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**