United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12814-elf
Michael Arner                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: May 10, 2018
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db         +Michael Arner,   4805 Shepard Street,   Brookhaven, PA 19015-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
      JOHN G. GRAY    on behalf of Debtor Michael  Arner esqjgray@aol.com
      KEVIN G. MCDONALD    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                   TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
  Michael Arner

: NO. 18-12814-elf

**ORDER GRANTING EXTENSION OF TIME**

AND NOW, this __10th__ day of __May__, 2018, upon consideration of the Debtor's Application for a Extension of Time to file Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income, it is hereby **ORDERED** that the debtor's Application is Granted. The Debtor shall have until ~~May 30, 2018~~ May 25, 2018 to file his Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**