**Fill in this information to identify your case:**

Debtor 1 _____
          First Name       Middle Name       Last Name

Debtor 2 _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
  (If known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _____
Priority Creditor's Name

_____
Number   Street

_____

_____
City     State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** _____
Priority Creditor's Name

_____
Number   Street

_____

_____
City     State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 _____  Case number (*if known*)_____
        First Name        Middle Name        Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.   **Total claim**   **Priority amount**   **Nonpriority amount**

---

☐  _____  **Last 4 digits of account number** ___ ___ ___ ___    $_____  $_____  $_____
Priority Creditor's Name
_____  **When was the debt incurred?** _____
Number       Street
_____  **As of the date you file, the claim is:** Check all that apply.

_____      ☐ Contingent
City            State    ZIP Code              ☐ Unliquidated
                                               ☐ Disputed

**Who incurred the debt?** Check one.           **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only                                 ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only                    ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another       ☐ Claims for death or personal injury while you were
                                                    intoxicated
☐ **Check if this claim is for a community debt**    ☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

☐  _____  **Last 4 digits of account number** ___ ___ ___ ___    $_____  $_____  $_____
Priority Creditor's Name
_____  **When was the debt incurred?** _____
Number       Street
_____  **As of the date you file, the claim is:** Check all that apply.

_____      ☐ Contingent
City            State    ZIP Code              ☐ Unliquidated
                                               ☐ Disputed

**Who incurred the debt?** Check one.           **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only                                 ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only                    ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another       ☐ Claims for death or personal injury while you were
                                                    intoxicated
☐ **Check if this claim is for a community debt**    ☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

☐  _____  **Last 4 digits of account number** ___ ___ ___ ___    $_____  $_____  $_____
Priority Creditor's Name
_____  **When was the debt incurred?** _____
Number       Street
_____  **As of the date you file, the claim is:** Check all that apply.

_____      ☐ Contingent
City            State    ZIP Code              ☐ Unliquidated
                                               ☐ Disputed

**Who incurred the debt?** Check one.           **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only                                 ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only                    ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another       ☐ Claims for death or personal injury while you were
                                                    intoxicated
☐ **Check if this claim is for a community debt**    ☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page ___ of ___

Debtor 1 _____  Case number *(if known)*_____
            First Name    Middle Name    Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**
❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
❑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** _____
Nonpriority Creditor's Name
_____
Number    Street
_____
City          State    ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
❑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $_____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**4.2** _____
Nonpriority Creditor's Name
_____
Number    Street
_____
City         State    ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
❑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $_____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**4.3** _____
Nonpriority Creditor's Name
_____
Number    Street
_____
City         State    ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
❑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $_____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

Debtor 1 _____ Case number (*if known*)_____
      First Name   Middle Name   Last Name

Case 18-12814-elf    Doc 14    Filed 05/23/18    Entered 05/23/18 14:29:52    Desc Main
Document    Page 4 of 6

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**     **Total claim**

☐
_____
Nonpriority Creditor's Name
_____
Number     Street
_____
City             State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐
_____
Nonpriority Creditor's Name
_____
Number     Street
_____
City             State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐
_____
Nonpriority Creditor's Name
_____
Number     Street
_____
City             State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Debtor 1 _____    Case number *(if known)*_____
         First Name   Middle Name   Last Name

### Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____    **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____    Line _____ of  (*Check one)*:  ❏ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
City                        State       ZIP Code   **Last 4 digits of account number** ___ ___ ___ ___

_____    **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____    Line _____ of  (*Check one)*:  ❏ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
City                        State       ZIP Code   **Last 4 digits of account number** ___ ___ ___ ___

_____    **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____    Line _____ of  (*Check one)*:  ❏ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
City                        State       ZIP Code   **Last 4 digits of account number** ___ ___ ___ ___

_____    **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____    Line _____ of  (*Check one)*:  ❏ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
City                        State       ZIP Code   **Last 4 digits of account number** ___ ___ ___ ___

_____    **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____    Line _____ of  (*Check one)*:  ❏ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
City                        State       ZIP Code   **Last 4 digits of account number** ___ ___ ___ ___

_____    **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____    Line _____ of  (*Check one)*:  ❏ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
City                        State       ZIP Code   **Last 4 digits of account number** ___ ___ ___ ___

_____    **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____    Line _____ of  (*Check one)*:  ❏ Part 1: Creditors with Priority Unsecured Claims
Number      Street                                                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
City                        State       ZIP Code   **Last 4 digits of account number** ___ ___ ___ ___

Case 18-12814-elf    Doc 14    Filed 05/23/18    Entered 05/23/18 14:29:52    Desc Main
Document    Page 6 of 6

Debtor 1 _____   Case number (*if known*)_____
First Name        Middle Name        Last Name

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

- 6a. **Domestic support obligations**       6a.  $_____
- 6b. **Taxes and certain other debts you owe the government**       6b.  $_____
- 6c. **Claims for death or personal injury while you were intoxicated**       6c.  $_____
- 6d. **Other.** Add all other priority unsecured claims. Write that amount here.       6d.  **+** $_____

- 6e. **Total.** Add lines 6a through 6d.       6e.  $_____

**Total claim**

**Total claims from Part 2**

- 6f. **Student loans**       6f.  $_____
- 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**       6g.  $_____
- 6h. **Debts to pension or profit-sharing plans, and other similar debts**       6h.  $_____
- 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.       6i.  **+** $_____

- 6j. **Total.** Add lines 6f through 6i.       6j.  $_____