## Mason Building Group, Inc.

**CHECK NO. 218796**

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 24.00 | | 31.62 | 758.88 | | | | | |
| | 8.00 | 47.43 | | 379.44 | | | | |

CHECK SOCIAL SECURITY #

**PAY PERIOD**
4-02-18 t
4-08-18

No. 21879

TOTAL GROSS
1138.3

**DEDUCTION THIS PERIOD**

| FWH | 139.13 | MED | 16.51 | SOC | 70.58 | DESWH | | 50.16 | PA-LOC | 5.69 |
|---|---|---|---|---|---|---|---|---|---|---|
| DECARP | 45.53 | DECARP | 32.00 | | | | | | | |

TOTAL DEDUCTIONS
359.6

**EMPLOYEE INFORMATION**

MICHAEL ARNER
XXX-XX-4474      01-0730

**YEAR-TO-DATE TOTALS**

| GROSS | 1138.32 | FICA | 87.09 |
|---|---|---|---|
| FWH | 139.13 | SWH | 50.16 |

**NET PAY**
778.7:

---

## Mason Building Group, Inc.

**CHECK NO. 218868**

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 40.00 | | 31.62 | 1264.80 | | | | | |
| | 8.00 | 47.43 | | 379.44 | | | | |

CHECK SOCIAL SECURITY #

**PAY PERIOD**
4-09-18 t
4-15-18

No. 21886

TOTAL GROSS
1644.2

**DEDUCTION THIS PERIOD**

| FWH | 250.43 | MED | 23.84 | SOC | 101.94 | DESWH | | 82.73 | PA-LOC | 8.22 |
|---|---|---|---|---|---|---|---|---|---|---|
| DECARP | 65.77 | DECARP | 48.00 | | | | | | | |

TOTAL DEDUCTIONS
580.9

**EMPLOYEE INFORMATION**

MICHAEL ARNER
XXX-XX-4474      01-0730

**YEAR-TO-DATE TOTALS**

| GROSS | 2782.56 | FICA | 212.87 |
|---|---|---|---|
| FWH | 389.56 | SWH | 132.89 |

**NET PAY**
1063.3

---

## Mason Building Group, Inc.

**CHECK NO. 218869**

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 16.00 | | 31.62 | 505.92 | | | | | |
| | 2.00 | 47.43 | | 94.86 | | | | |

CHECK SOCIAL SECURITY #

**PAY PERIOD**
4-16-18
4-22-18

No. 2188

TOTAL GRO
600.

**DEDUCTION THIS PERIOD**

| FWH | 50.31 | MED | 8.71 | SOC | 37.25 | DESWH | | 20.33 | PA-LOC | 3.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| DECARP | 24.03 | DECARP | 18.00 | | | | | | | |

TOTAL DEDUCTION
161.

**EMPLOYEE INFORMATION**

MICHAEL ARNER
XXX-XX-4474      01-0730

**YEAR-TO-DATE TOTALS**

| GROSS | 3383.34 | FICA | 258.83 |
|---|---|---|---|
| FWH | 439.87 | SWH | 153.22 |

**NET PAY**
439.



Tutor Perini Corporation Civil East
1000 Main Street
New Rochelle NY 10801

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|--------|---------------|-------|-----------|------------|----------|------------|-------|
| 340213 | Arner, Michael | Carpenters | Hourly | 11/5/2017 | 11/11/2017 | 11/13/2017 | 1051749 |

| Earnings | | | | | Deductions | | |
|----------|-------|------|-------------|---------|-------------|-------------|---------|
| Description | Hours | Rate | Current Amt | YTD Amt | Description | Current Amt | YTD Amt |
| Regular | 29.00 | 31.37 | 909.73 | 4,854.24 | ---------- Gross ---------- | 1,168.69 | 5,428.82 |
| Regular | 8.00 | 32.37 | 258.96 | 258.96 | Federal Income Tax | 179.70 | 823.37 |
| Overtime | | | | 315.62 | Federal FICA Withheld | 72.46 | 336.59 |
| | | | | | Federal Medicare Withheld | 16.95 | 78.72 |
| | | | | | DELAWARE WH | 51.85 | 240.41 |
| | | | | | BROOKHAVEN Withholding | 5.84 | 27.13 |
| | | | | | PENN-DELCO S D | 5.84 | 27.13 |
| | | | | | CHKOFFDUE% | 46.75 | 217.16 |
| | | | | | JOBRECOVALL | 31.45 | 141.53 |
| | | | | | TARGET | 1.85 | 8.33 |
| | | | | | Training | 3.70 | 16.65 |

**Total Current Deductions:** $416.39
**Total Current Net Pay:** $752.30

**Current Vacation Balance:**



Tutor Perini Corporation Civil East
1000 Main Street
New Rochelle NY 10801

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|--------|---------------|-------|-----------|------------|----------|------------|-------|
| 340213 | Arner, Michael | Carpenters | Hourly | 10/29/2017 | 11/4/2017 | 11/9/2017 | **1049793** |

| Earnings | | | | | | Deductions | | |
|----------|---|---|---|---|---|-----------|---|---|
| Description | Hours | Rate | Current Amt | YTD Amt | | Description | Current Amt | YTD Amt |
| Regular | 24.00 | 31.37 | 752.88 | 3,426.59 | | ---------- Gross ---------- | 1,270.80 | 4,260.13 |
| Regular | 16.00 | 32.37 | 517.92 | 517.92 | | Federal Income Tax | 205.22 | 643.67 |
| Overtime | | | | 315.62 | | Federal FICA Withheld | 78.79 | 264.13 |
| | | | | | | Federal Medicare Withheld | 18.42 | 61.77 |
| | | | | | | DELAWARE WH | 58.08 | 188.56 |
| | | | | | | BROOKHAVEN Withholding | 6.35 | 21.29 |
| | | | | | | PENN-DELCO S D | 6.35 | 21.29 |
| | | | | | | CHKOFFDUE% | 50.84 | 170.41 |
| | | | | | | JOBRECOVALL | 34.00 | 110.08 |
| | | | | | | TARGET | 2.00 | 6.48 |
| | | | | | | Training | 4.00 | 12.95 |

Total Current Deductions:    $464.05
Total Current Net Pay:    $806.75

Current Vacation Balance:



Tutor Perini Corporation Civil East
1000 Main Street
New Rochelle NY 10801

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|--------|---------------|-------|-----------|------------|----------|------------|-------|
| 340213 | Arner, Michael | Carpenters | Hourly | 10/22/2017 | 10/28/2017 | 11/2/2017 | 1044921 |

| Earnings | | | | | Deductions | | |
|----------|-------|------|------------|---------|------------|------------|---------|
| Description | Hours | Rate | Current Amt | YTD Amt | Description | Current Amt | YTD Amt |
| Regular | 13.00 | 31.37 | 407.81 | 2,220.53 | ----------- Gross ----------- | 860.99 | 2,989.33 |
| Regular | 14.00 | 32.37 | 453.18 | 453.18 | Federal Income Tax | 102.77 | 438.45 |
| Overtime | | | | 315.62 | Federal FICA Withheld | 53.38 | 185.34 |
| | | | | | Federal Medicare Withheld | 12.49 | 43.35 |
| | | | | | DELAWARE WH | 34.77 | 130.48 |
| | | | | | BROOKHAVEN Withholding | 4.30 | 14.94 |
| | | | | | PENN-DELCO S D | 4.30 | 14.94 |
| | | | | | CHKOFFDUE% | 34.44 | 119.57 |
| | | | | | JOBRECOVALL | 22.95 | 76.08 |
| | | | | | TARGET | 1.35 | 4.48 |
| | | | | | Training | 2.70 | 8.95 |

**Total Current Deductions:** $273.45
**Total Current Net Pay:** $587.54

**Current Vacation Balance:**



Tutor Perini Corporation Civil East
1000 Main Street
New Rochelle NY 10801

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|--------|---------------|-------|-----------|------------|----------|------------|-------|
| 340213 | Arner, Michael | Carpenters | Hourly | 10/15/2017 | 10/21/2017 | 10/26/2017 | **1039717** |

| Earnings | | | | | Deductions | | |
|----------|---|---|---|---|------------|---|---|
| Description | Hours | Rate | Current Amt | YTD Amt | Description | Current Amt | YTD Amt |
| Regular | 40.00 | 32.37 | 1,294.80 | 1,812.72 | ---------- Gross ---------- | 1,561.86 | 2,128.34 |
| Overtime | 5.50 | 48.56 | 267.06 | 315.62 | Federal Income Tax | 277.99 | 335.68 |
| | | | | | Federal FICA Withheld | 96.84 | 131.96 |
| | | | | | Federal Medicare Withheld | 22.65 | 30.86 |
| | | | | | DELAWARE WH | 77.29 | 95.71 |
| | | | | | BROOKHAVEN Withholding | 7.81 | 10.64 |
| | | | | | PENN-DELCO S D | 7.81 | 10.64 |
| | | | | | CHKOFFDUE% | 62.47 | 85.13 |
| | | | | | JOBRECOVALL | 38.68 | 53.13 |
| | | | | | TARGET | 2.28 | 3.13 |
| | | | | | Training | 4.55 | 6.25 |

Total Current Deductions: $598.37
Total Current Net Pay: $963.49

Current Vacation Balance:



Tutor Perini Corporation Civil East
1000 Main Street
New Rochelle NY 10801

| Number | Employee Name | Trade | Pay Class | Begin Date | End Date | Check Date | Check |
|---|---|---|---|---|---|---|---|
| 340213 | Arner, Michael | Carpenters | Hourly | 10/8/2017 | 10/14/2017 | 10/19/2017 | 1034695 |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current Amt | YTD Amt | Description | Current Amt | YTD Amt |
| Regular | 16.00 | 32.37 | 517.92 | 517.92 | ---------- Gross ---------- | 566.48 | 566.48 |
| Overtime | 1.00 | 48.56 | 48.56 | 48.56 | Federal Income Tax | 57.69 | 57.69 |
| | | | | | Federal FICA Withheld | 35.12 | 35.12 |
| | | | | | Federal Medicare Withheld | 8.21 | 8.21 |
| | | | | | DELAWARE WH | 18.42 | 18.42 |
| | | | | | BROOKHAVEN Withholding | 2.83 | 2.83 |
| | | | | | PENN-DELCO S D | 2.83 | 2.83 |
| | | | | | CHKOFFDUE% | 22.66 | 22.66 |
| | | | | | JOBRECOVALL | 14.45 | 14.45 |
| | | | | | TARGET | 0.85 | 0.85 |
| | | | | | Training | 1.70 | 1.70 |

Total Current Deductions: $164.76
Total Current Net Pay: $401.72

Current Vacation Balance: