**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Michael Arner<br>　　　　　　Debtor | CHAPTER 13<br><br>NO. 18-12814-elf |

CERTIFICATE OF SERVICE

　　　　I, the undersigned, attorney for Ditech Financial LLC, do hereby certify that true and correct copies of the foregoing Proof of Claim have been served July 9, 2018, by electronic filing upon those listed below:

Attorney for Debtor
John G. Gray, Esq. (VIA ECF)
P.O. Box 339
Lima, PA 19037

***Bankruptcy Trustee***
William C. Miller, Esq. (VIA ECF)
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Date: July 9, 2018

　　　　　　　　　　　　　　　　**/s/ Denise Carlon, Esquire**
　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　Phone: (215)-627-1322