# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12814-ELF

MICHAEL ARNER

4805 SHEPARD STREET

BROOKHAVEN, PA 19015

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL ARNER

    4805 SHEPARD STREET

    BROOKHAVEN, PA 19015

Counsel for debtor(s), by electronic notice only.

    JOHN G. GRAY
    PO BOX 339

    LIMA, PA 19037-

Date: 10/4/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee