## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael Arner | | CHAPTER 13 |
| Debtor(s) | | |
| Ditech Financial LLC | Movant | |
| vs. | | NO. 18-12814 ELF |
| Michael Arner | Debtor(s) | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 9th day of October, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 4805 Shepard Street, Brookhaven, PA 19015 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

---

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Michael Arner
4805 Shepard Street
Brookhaven, PA 19015

John G. Gray Esq.
P.O. Box 339
Lima, PA 19037

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532