UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL ARNER                           Chapter 13

                    Debtor              Bankruptcy No. 18-12814-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 7, 2018** _____
                                    Eric L. Frank
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN G. GRAY
PO BOX 339

LIMA, PA 19037-

Debtor:
MICHAEL ARNER

4805 SHEPARD STREET

BROOKHAVEN, PA 19015