United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12814-elf
Michael Arner                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1             Date Rcvd: Nov 07, 2018
                              Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.
db            +Michael Arner,    4805 Shepard Street,    Brookhaven, PA 19015-1123
14097657      +PO Box 339,    Lima, PA 19037-0339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:41
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2018 02:38:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14097658      +E-mail/Text: bankruptcy.bnc@ditech.com Nov 08 2018 02:37:36     Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
14161620       E-mail/Text: bankruptcy.bnc@ditech.com Nov 08 2018 02:37:36     Ditech Financial, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
14111699      +E-mail/Text: cio.bncmail@irs.gov Nov 08 2018 02:37:34     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14097659      +E-mail/Text: blegal@phfa.org Nov 08 2018 02:37:55     PA Housing Finance Agency,    PO Box 15206,
                 Harrisburg, PA 17105-5206
14166579       E-mail/Text: blegal@phfa.org Nov 08 2018 02:37:55     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14097656        John G. Gray
14161621*       Ditech Financial LLC,    PO Box 6154,   Rapid City, SD 57709-6154
14097655*      +Michael Arner,    4805 Shepard Street,   Brookhaven, PA 19015-1123
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              JOHN G. GRAY    on behalf of Debtor Michael  Arner esqjgray@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL ARNER                                    Chapter 13

            Debtor                    Bankruptcy No. 18-12814-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 7, 2018** _____
                                Eric L. Frank
                                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN G. GRAY
PO BOX 339

LIMA, PA 19037-


Debtor:
MICHAEL ARNER

4805 SHEPARD STREET

BROOKHAVEN, PA 19015